```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :   M Garcia
ERO                :   B Pinales
CSO                :   T Yanez
Law Clerk          :   M Knicely
Interpreter        :   not needed
Date               :   September 17, 2003 at 2:00 p.m.
```

United States District Court
Southern District of Texas
FILED

SEP 17 2003

Michael N. Milby
Clerk of Court

CIVIL CASE NO. B-03-94

B-03-197
Lecia Chaney

DIRECTV, INC.           *

vs                      *

Ismael Lozano et al     *

### SCHEDULING CONFERNECE

Lecia Chaney present for Plaintiff;
Carlos Masso present Pro Se;
Ricardo Adobbati present for defendants Klaus Meyer and George Ramirez;
Ricardo Adobbati states he was hired today to represent defendant Pedro Sandoval;
No other defendants are present;

Ms Chaney provides a status as to each defendant;

The Court voices a concern for the defendants who have not been served;
The Court sets Motion Hearings for 09/29/03 at 9:00 a.m.; (for defendant Carlos Masso)
The Court sets a status conference for October 31, 2003 at 9:00 a.m.;

Court adjourned.

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By_____
         Deputy Clerk