| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

DIRECTV, INC. §

VS § CIVIL ACTION NO. B-03-094
~~XXXXXXXXX~~ 636(c)
ISMAEL LOZANO ET AL §
B-03-197

## SCHEDULING ORDER

United States District Court
Southern District of Texas
ENTERED
NOV 0 4 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

1. Trial: Estimated time to try: **3** days.   ☐ Bench  ☒ Jury

2. New parties must be joined by:
   *Furnish a copy of this scheduling order to newparties*

3. The plaintiff(s)' experts will be named with a report furnished by:   **12/01/03**

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.   **12/15/03**

5. Discovery must be completed by:   **02/02/04**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

********************   The court will provide these dates.   ********************

6. Dispositive Motions will be filed by:   **02/02/04**

7. Joint pretrial order is due:   **02/17/04**
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket call and final pretrial conference before Judge Recio is set for 2:00 p.m. on:   **04/01/04**

9. The jury selection before Judge Recio is set for 9:00 a.m. on:   **04/05/04**

The case will remain on standby until tried.

Signed **OCTOBER 31, 2003**, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge

A TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
Deputy Clerk