15

COURTROOM MINUTES: **Felix Recio Judge Presiding**
          Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | D Ahumada |
| CSO | : | M Agado |
| Law Clerk | : | M Knicely |
| Interpreter | : | not needed |
| Date | : | **May 25, 2004 at 2:05 p.m.** |

United States District Court
Southern District of Texas
FILED

MAY 25 2004

Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-03-197

**DIRECTV, INC.**                    *        Lecia Chaney

vs                                   *

Klaus Meyer                          *

---

### STATUS CONFERNECE

Lecia Chaney present for Plaintiff;
Klaus Meyer not present;

L Chaney announced the case has settled and that the final paperwork in awaiting signatures;

Court adjourned.